IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN PATRICK SMITH,<br><br>Defendant. | MJ-23-16-M-KLD<br><br>ORDER |

Based on the motion of the United States and good cause appearing,

IT IS ORDERED that this case and all pleadings in it, including the Complaint and Affidavit filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed upon the Defendant's initial appearance.

DATED this 17th day of February, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1