AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America<br>v.<br>Kevin Patrick Smith<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>) MJ-23-16-M-KLD<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **Jan. 30, 2023, and Feb. 10, 2023,** in the county of **Kalispell** in the **_____** District of **Montana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B), (b)(4) | Threats to Injure and Murder a United States Senator |

This criminal complaint is based on these facts:
of the attached Affidavit, which is incorporated herein.

☐ Continued on the attached sheet.

Subscribed and Sworn to on the phone consistent with Fed. R. Crim. P. 4.1.

/S/ Samantha Kilbride
*Complainant's signature*

Samantha Kilbride, Special Agent USCP
*Printed name and title*

Date: Feb 17, 2023

Kathleen DeSoto
*Judge's signature*

City and state: Msla MT

Kathleen L. DeSoto, U.S. Magistrate Judge
*Printed name and title*