# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION


RECEIVED
'23 FEB 22 PM 4:51
US MARSHALS SERVICE
MISSOULA, MT

UNITED STATES OF AMERICA,

                           Plaintiff,

vs.

KEVIN PATRICK SMITH,

                          Defendant.

CR-23-015-M-DLC

**WARRANT FOR ARREST**

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

    YOU ARE HEREBY COMMANDED to arrest KEVIN PATRICK SMITH and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Threats To Injure And Murder A United States Senator in violation of Title 18 United States Code, Section 115(a)(1)(B), (b)(4).

Assigned to: Ryan Weldon

*Sarah Nagy* (signature)
Sarah Nagy, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE KATHLEEN L. DESOTO
Missoula, Montana

**BAIL FIXED AT NONE**
Date of Issue: 22nd day of February, 2023

| *RETURN* | |
|---|---|
| DATE RECEIVED: 2/23/2023 | LOCATION: KALISPELL, MT |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | |
| DATE OF ARREST: 2/22/2023 | *Timothy Hornung (A)* |
| LOCATION: 1015 5th Ave E KALISPELL, MT | **UNITED STATES MARSHAL** |
| BY: S/A SAMANTHA KILBRIDE   Deputy U.S. Marshal | |