ANDREW NELSON
Assistant Federal Defender
Federal Defenders of Montana
Missoula Branch Office
125 Bank Street, Suite 710
Missoula, Montana 59802
Phone: (406) 721-6749
Fax: (406) 721-7751
Email: andy_nelson@fd.org

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN PATRICK SMITH, <br><br> Defendant. | CR 23-15-M-DLC <br><br> NOTICE OF FILING DEFENDANT'S LETTERS IN AID OF SENTENCING |

KEVIN PATRICK SMITH, the above-named Defendant, by and through counsel Andrew J. Nelson, Assistant Federal Defender, and the Federal Defenders of Montana, hereby submits the attached letters of Christy Erickson, Gary Erickson, Holly Smith, Leonard Oswald, and Shirley Smith-Oswald, in support of his sentencing.

RESPECTFULLY SUBMITTED this 10th day of August, 2023.

          KEVIN PATRICK SMITH

          /s/ Andrew Nelson
          ANDREW NELSON
          Assistant Federal Defender
          Federal Defenders of Montana
             Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023 a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| _____ | Hand Delivery |
| 3 | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. RYAN G. WELDON
   Assistant U.S. Attorney
      Counsel for the United States of America

3. KEVIN PATRICK SMITH
      Defendant

                                                  By:   /s/ Andrew Nelson
                                                          ANDREW NELSON
                                                          Assistant Federal Defender
                                                           Federal Defenders of Montana
                                                              Counsel for Defendant