July 5, 2023

Honorable Judge Dana L. Christensen

I write this letter on behalf of Kevin Patrick Smith. Kevin has worked as my project manager and primary job superintendent for the past 9 years. During this time, he has been in charge of virtually all the construction for my company. Kevin has proven to be loyal, honest, hardworking, and extremely dependable.

I have never known Kevin to have ever abused drugs or alcohol, and have admired his efforts to be a good father to his young son.

During the past few years Kevin has been under an extreme amount of stress over the custody of his son brought about by divorce a few years ago from his young son's mother. Kevin has since married a wonderful young woman who loves his children and is involved directly with Kevin in his pool and spa building and service business.

Kevin is a Marine and has shown the skills instilled in him during his service experience, in his every day work ethics. His attitude is always not if we're going to get the job done, but how we're going to do it.

I have no explanation as to why Kevin made the threats that he did, and he has never been vocal about any such threats in the 9 years that I have known him.

I write this letter in hopes that you will consider Kevin's release from custody and let him return to his home, new wife, and young son.

Regards,

*[signature]*

Gary L. Erickson