To the Honorable Judge Dana L. Christensen,

My name is Holly Smith, I am Kevin Smith's wife and am writing a letter of support on his behalf. I have known Kevin over 40 years, we grew up together in a small school K-12. We had our first jobs together, picking strawberries at 10 years old. We did ski club together and he helped on my family farm many times. We each married our high school sweetheart, divorced after 20 years and reconnected in 2021. We were married January 2022.

In the time since we have been together, Kevin has been an amazing husband. He is kind and caring and will put my needs and comfort over his. He has never been abusive or even raised his voice at me. He is also an amazing father and step father. He loves his children and will do anything to help them. He has taken this same effort with my two kids, treating them as his own. For example, when my son got married, Kevin helped cook and serve the rehearsal dinner for 40 people, and helped with set up and clean up of the wedding.

Kevin has always been the hardest worker I have ever known. He will put in long hours at work, and still find time to be there for his family. He was always one I could depend on to help on the farm. He would never turn down a job, no matter how hard it was. When we were dating, he would volunteer with me at my church, making free breakfast for the community. He would take on any job, no matter how big or small.

In our conversations, Kevin has expressed remorse for his actions. He is very apologetic for putting his family in this situation and the stress it has caused me. Kevin has lost a lot of weight and has dark circles under his eyes, which tells me he has been very stressed and is feeling the regret and heaviness of his actions.

Kevin carries a lot of anger and stress from his divorce and current struggles with his ex coparenting. He has started exercising and we plan to do that together when he gets home to help with his stress. I also believe that he would benefit from counseling. He needs to have a safe space to vent his frustrations.

Kevin is a great person with a deep love for his family and his country. His actions were a build up of years of frustrations and he dealt with them in the wrong way.

Because of his incarceration, his business has taken a major hit. We are not sure he will be able to recover the business he lost. He may have to find new employment. This has been a huge financial stress to our family. Kevin has been apologetic to me for the financial stress his actions caused us.

I ask that Kevin receives a minimum sentence, he has proven remorseful for his actions and his time incarcerated has already done damage to his livelihood. I hope that we can get him home soon and get him back to work. I appreciate your time and thoughtfulness in this matter.


Sincerely,

*Holly Smith*
Holly Smith