May 26 2023

To The honorable Judge Dana L. Christensen:

I am Leonard E Oswald. Retired navy E-8. Served 22 years in the Navy and received good conduct award. At times I had 100 men working for me. I had the name Big Daddy earned by helping many of the young men working for me. After retiring from the Navy I opened a gas station. Worked the gas station ten years thought I might retire and instead choose to work for the Post Office. Was voted in as President of the Local union, and voted in as Shop Steward. Served for a few years.

I have only known Kevin P. Smith about 14 years. In that time I have found him to be very knowledgeable, hard working family man. He is very social and expresses his opinions but does listen to others. He Loves his family and is a great asset to them. I know Kevin was a Marine with an exemplary record. He has always expressed good thoughts of his service.

I think part of his troubles were

the verbal abuse from his x wife, and the divorce which broke the family into pieces and created turmoil and anger.

Even with this anger I find it hard to understand why he would threaten a Senator. I believe he will never do this again or anything like this again. I believe the pain he caused his family, the pain he has suffered, the confinement and the knowledge of what he has done will be with him forever.

Written by Shirley Smith-Oswald in Leonard E Oswalds words.

Respectfully
Leonard C. Oswald
LEONARD E. OSWALD