May 26 2023

To the honorable Judge Dana L. Christensen;

My Name is Shirley L. Smith-Oswald, Kevin P Smith is my responsible, hard working and 99% of the time repesptul son. I have been a wife of an Air force Master Sargent who past away at 47 and am now married to a retired Senior Chief Petty Officer Navy. Both husbands brought honor and repect to our home and showed our children. I am a retired Postal Worker, was shop steward for the rural carriers for several years in Bellingham Washington. Held the office of President of the local union for a few years. Raised three children, my oldest son is a retired Army Colonel, my youngest is a very accomplished daughter. Kevin was my middle child, his teachers in his early years thought he was my oldest.

    Kevin has always been a very kind and responsible young man. Kevin always shared and was always a very hard worker. Kevin in my eyes was a piece of heaven. Kevin helped friends and was a good gymnest. He was then and now a person who would not turn his back on people in need. Sharing

caring loving boy and man. Kevin signed up for the Marine's when he was a junior in high school. Striving to become the man his father was and his older brother. Kevin went to San Diego for training. His drill sargeant came to meet my husband and I to tell us that we had a very fine son. The Sargeant conveyed to us that our son had helped two others who were having much difficulty. Many times he was left to do more sit ups and push ups to help these young men. One young man advanced the other left the service. We were very proud to hear that our son had been so kind and helpful.

Kevin has never had a drug problem, his friends told us that Kevin would leave and take them with him if drugs were an item. Kevin is a very honest person and a very hard worker. I have always been proud of Kevin, found myself feeling a little selfish when I would see him work 12, 14, hours and still go help family or friends in need. Often resulting in him going without something.

Unfortunatly my son has been under much stress and pain from a divorce with his first wife. Both my son and daughter-in-law have been veryally abusive

→

to each other. Unfortunatly the children have suffered. The horrible stress of the lack of commitment that my daughter-in-law has for the younget child has been devastating. The youngest struggles with reading and is behind in school yet he has missed approximately 20 days of school. There have been times my son drove to pick up his son to take him to school because of my daughter-in-laws lack of responsibility. I believe that this certainly caused a great amout of anger for Kevin

It broke my heart to hear that Kevin had threatened a Senator, No one should be threatened. I know that Kevin is and was wrong in doing this. I also know Kevin will do no further crimes. I know that he knows he was wrong and that he will do whatever he needs to do to change his anger. Kevin told me he will never do this agan!

I believe that Kevin understands what he did was wrong. I believe he is very much needed in his youngest sons life as well as his older children. I believe he has learned. I believe he has been in jail long enough. I know that I need him. I know that his wife needs him. I believe that the

→

boy will not finish school without the love, the help and support of his father. His daughter would almost certainly not have finished school without the support, encouragment and insistence from her father.

We understand that Kevin's actions have caused the pain and suffering that we have endured.

I believe Kevin would benefit from some counseling.

Thank you for your time

Respectfully
Shirley R Smith Oswald

Shirley R Smith-Oswald