# MINERAL COUNTY
## SHERIFF'S OFFICE

RYAN FUNKE
SHERIFF/CORONER

PO BOX 99
310 RIVER STREET
SUPERIOR MT 59872
PH 406 822-3555
FX 406 822-3562

Aug 21, 2023

To Whom it May Concern;

Inmate Kevin Smith has been housed in Mineral County Detention Center since March 15, 2023. During this time, we have not had any disciplinary reports involving Kevin Smith.
Kevin Smith was selected and accepted the postion of volunteer inmate worker on or about April 24, 2023.
Our inmate worker duties include doing dishes, laundry, cleaning and mopping the facility and other tasks within the facility as assigned by detention staff. All duties are completed while under direct supervison of staff.
Inmate workers recieve no compensation for thier work and understand the postion is a strictly volunteer postion prior to accepting and being selected for the position.

Sincerely,

Sergeant Sharon Rizzi
Mineral County Detention Center